# United States Bankruptcy Court
## Eastern District of Michigan

In re __Keta N. Bynum_____,    Case No. __12-51552-PJS_____

_____Debtor_____

Chapter _____13_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 26,089.92 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 31,039.55 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 4,384.49 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 271,751.04 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 23,947.16 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 21,573.30 |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 26,089.92 | | |
| Total Liabilities | | | | 307,175.08 | |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

In re   **Keta N. Bynum**                             ,     Case No.   **12-51552-PJS**

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *None* | | | | |
| | | Sub-Total > | 0.00 | (Total of this page) |
| | | Total > | 0.00 | |
| | | | (Report also on Summary of Schedules) | |

   **0**   continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com             Best Case Bankruptcy

In re __Keta N. Bynum__ , Case No. __12-51552-PJS__
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Community Focus Credit Union Business Checking Account #.670* | - | 0.00 |
| | | *Community Focus Credit Union Personal Checking Account #0670* | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | *DTE Energy #0014* | - | 2,000.00 |
| | | *Landor - Business Premises* | - | 3,000.00 |
| | | *Sprint #2190* | - | 150.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Used by Debtor personally; no single item >$550* *See attached supplemental list; Debtor's residence* | - | 7,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *200 Books* *See attached supplemental list; Debtor's residence* *Used by Debtor personally; no single item >$550* | - | 200.00 |
| | | *300 Music CDs* *See attached supplemental list; Debtor's residence* *Used by Debtor personally; no single item >$550* | - | 300.00 |
| 6. Wearing apparel. | | *See attached supplemental list; Debtor's residence* *Used by Debtor personally; no single item >$550* | - | 1,000.00 |
| 7. Furs and jewelry. | | *See attached supplemental list; Debtor's residence* | - | 200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | *2 Digital Cameras at $50.00/each* *Debtor's residence* | - | 100.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | *Term Life through Lincoln Heritage* *No cash value* | - | 0.00 |

|  | Sub-Total > | 13,950.00 |
|---|---|---|
| | (Total of this page) | |

__3__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re   **Keta N. Bynum**                                ,   Case No.   **12-51552-PJS**

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | *Educational IRA - Community Focus Federal CU #3067*<br><br>*Educational IRA - Community Focus Federal CU #3063* | -<br><br>- | 1,016.72<br><br>1,123.20 |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | *100% ownership of Sunrise 2 Sunset Daycare Deemed unmarketable by debtor*<br><br>*100% ownership of Baby Adventure Daycare Deemed unmarketable by debtor* | -<br><br>- | 0.00<br><br>0.00 |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >      **2,139.92**
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                     Best Case Bankruptcy

In re    **Keta N. Bynum**                              ,    Case No.    **12-51552-PJS**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | *Claim against State of Michigan for unpaid child care, face amount approx. $56,000.00, deemed uncollectable and worthless by debtor* | - | *0.00* |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | *Sunrise 2 Sunset Daycare License #DC820283214 Deemed unmarketable by debtor* | - | *0.00* |
| | | *Baby Adventure Center Daycare License #DC820290062 Deemed unmarketable by debtor* | - | *0.00* |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | *List of existing and previous customers Deemed worthless and unmarketable by debtor* | - | *0.00* |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | *2003 Econoline Location: 20321 Inkster, Romulus MI 48174* | - | *4,000.00* |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | *Mis. daycare related equipment and supplies/estimated value* | - | *6,000.00* |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

                                                      Sub-Total >      **10,000.00**
                                           (Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                              Best Case Bankruptcy

In re __Keta N. Bynum_____ ,     Case No. __12-51552-PJS_____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 26,089.92 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property                                    (Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

**SUPPLEMENTAL LIST FOR SCHEDULE B-4: <u>Household goods and furnishings,</u>**
including audio, video, and computer equipment

| LIVING RM/FAMILY RM/ DEN/OFFICE: | Quantity | KITCHEN/DINING RM: | Quantity | GARAGE/SHED/PATIO: | Quantity |
|---|---|---|---|---|---|
| Sofa | | Tables | | Lawn Mowers | |
| Chairs | | Chairs | | Hand Tools | |
| End/Coffee Tables | | Small Appliances | | Garden Tools | |
| Desks | | Refrigerators | 1 | Power Tools | |
| Lamps | | Stoves | 1 | Patio Furniture | |
| Televisions | | Dishwashers | 1 | Other: | |
| Stereos | | Freezers | | | |
| VCR's | | Dishes | | | |
| Computers | | Silverware | | | |
| Scanners | | Glasses | | | |
| Printers | | Cooking Utensils | | MISCELLANEOUS: | |
| DVD Players | | Microwave Oven | 1 | (detail anything not previously shown): | |
| Cellular Phones | | Toaster | 1 | Chairs | |
| Bookshelves | | Waffle Iron | | | |
| Entertainment Center | | Other: | | | |
| TV Stand | | | | | |
| Other: | | | | | |
| | | | | | |
| | | BEDROOMS: | | | |
| | | Beds | | | |
| BATHROOM/UTILITY RM/BASEMENT: | | Dressers | | | |
| Towels | | Chairs | | | |
| Scales | | Lamps | | | |
| Washers | | Other: | | | |
| Dryers | | | | | |
| Other: | | | | | |

**SUPPLEMENTAL LIST FOR SCHEDULE B-6: <u>Wearing Apparel</u>**

| MEN'S CLOTHING AND PERSONALITY: | Quantity | WOMEN'S CLOTHING AND PERSONALITY: | Quantity |
|---|---|---|---|
| Prs. shoes/boots | | Prs. shoes/boots | |
| Prs. socks | | Prs. socks/nylons | |
| Undergarments | | Undergarments | |
| Slacks | | Dresses | |
| Shirts | | Blouses | |
| Tee-Shirts | | Tee-Shirts | |
| Suits | | Slacks | |
| Jackets | | Blazers | |
| Coats | | Coats/Jackets | |
| Belts | | Belts | |
| Hats | | Hats | |
| Ties | | Ties | |
| Handkerchiefs | | Handkerchiefs/Scarves | |
| Sunglasses | | Sunglasses | |
| Other: | | Other: | |

| JEWELRY: | | JEWELRY: | |
|---|---|---|---|
| Watches | | Watches | |
| Rings | | Rings | |
| Necklaces/Bracelets | | Necklaces/Bracelets | |
| Earrings | | Earrings | |

In re __Keta N. Bynum__ , Case No. __12-51552-PJS__

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **DTE Energy #0014** | **11 U.S.C. § 522(d)(5)** | **2,000.00** | **2,000.00** |
| **Landor - Business Premises** | **11 U.S.C. § 522(d)(5)** | **3,000.00** | **3,000.00** |
| **Sprint #2190** | **11 U.S.C. § 522(d)(5)** | **150.00** | **150.00** |
| **Household Goods and Furnishings** | | | |
| **Used by Debtor personally; no single item >$550** **See attached supplemental list; Debtor's residence** | **11 U.S.C. § 522(d)(3)** | **7,000.00** | **7,000.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **200 Books** **See attached supplemental list; Debtor's residence** **Used by Debtor personally; no single item >$550** | **11 U.S.C. § 522(d)(3)** | **200.00** | **200.00** |
| **300 Music CDs** **See attached supplemental list; Debtor's residence** **Used by Debtor personally; no single item >$550** | **11 U.S.C. § 522(d)(3)** | **300.00** | **300.00** |
| **Wearing Apparel** | | | |
| **See attached supplemental list; Debtor's residence** **Used by Debtor personally; no single item >$550** | **11 U.S.C. § 522(d)(3)** | **1,000.00** | **1,000.00** |
| **Furs and Jewelry** | | | |
| **See attached supplemental list; Debtor's residence** | **11 U.S.C. § 522(d)(4)** | **200.00** | **200.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **2 Digital Cameras at $50.00/each** **Debtor's residence** | **11 U.S.C. § 522(d)(3)** | **100.00** | **100.00** |
| **Interests in an Education IRA or under a Qualified State Tuition Plan** | | | |
| **Educational IRA - Community Focus Federal CU #3067** | **11 U.S.C. § 541(c)** | **100%** | **1,016.72** |
| **Educational IRA - Community Focus Federal CU #3063** | **11 U.S.C. § 541(c)** | **1,123.20** | **1,123.20** |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **Mis. daycare related equipment and supplies/estimated value** | **11 U.S.C. § 522(d)(6)** **11 U.S.C. § 522(d)(5)** | **2,175.00** **3,825.00** | **6,000.00** |
| | Total: | 22,089.92 | 22,089.92 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re  **Keta N. Bynum**                                              Case No. __**12-51552-PJS**__
_____,
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | 2011 | | | | | |
| **Creditor #: 1**<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | - | | | **Federal Tax Lien**<br><br>**Mis. daycare related equipment and supplies/estimated value** | | | | | |
| | | | | Value $      **6,000.00** | | | | **20,925.55** | **14,925.55** |
| Account No. **6849** | | | | 2008 | | | | | |
| **Creditor #: 2**<br>**Santander Consumer**<br>**Attn:  Banruptcy Dept.**<br>**Attn:  Officer for receipt of Process**<br>**PO Box 660633**<br>**Dallas, TX 75356** | - | | | **Purchase money security interest**<br><br>**2003 Econoline**<br>**Location: 20321 Inkster, Romulus MI 48174** | | | | | |
| | | | | Value $      **4,000.00** | | | | **10,114.00** | **6,114.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

__0__   continuation sheets attached

|  | Subtotal<br>(Total of this page) | **31,039.55** | **21,039.55** |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | **31,039.55** | **21,039.55** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                        Best Case Bankruptcy

In re    **Keta N. Bynum**                                     ,    Case No.    **12-51552-PJS**
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                 Best Case Bankruptcy

In re __Keta N. Bynum_____,    Case No. __12-51552-PJS_____
                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

*Taxes and Certain Other Debts*
*Owed to Governmental Units*

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2010 | | | | | | |
| *Creditor #: 1* *State of Michigan* *Dept. of Labor & Economic Growth* *Unemployment Insurance Agency* *3024 W. Grand Blvd., Ste. 11-500* *Detroit, MI 48202* | - | | | | | | 3,891.82 | *0.00* | 3,891.82 |
| Account No. | | | 2009 | | | | | | |
| *Creditor #: 2* *State of Michigan* *Dept. of Labor & Economic Growth* *Unemployment Insurance Agency* *3024 W. Grand Blvd., Ste. 11-500* *Detroit, MI 48202* | - | | | | | | 492.67 | *0.00* | 492.67 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet _1_ of _1_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | *0.00* 4,384.49 | 4,384.49 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | *0.00* 4,384.49 | 4,384.49 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

In re    **Keta N. Bynum**               Case No.    **12-51552-PJS**

                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | 2009 Newspaper Subcription | | | | |
| Creditor #: 1 21st Century Mortgage Corp. Attn: Officer for receipt of Process PO Box 630 Wyandotte, MI 48192 | | - | | | | | | | 190.10 |
| Account No. | | | | | 2009 Insurance | | | | |
| Creditor #: 2 AAA Michigan Attn: Officer for receipt of Process PO Box 3147 Milwaukee, WI 53201-3147 | | | | | | | | | 508.46 |
| Account No. | | | | | Purchase Money Security | | | | |
| Creditor #: 3 Aaron Rental, Inc. Attn: Officer for Receipt of Process 1015 Cobb Place Blvd. Kennesaw, GA 30144 | | - | | | | | | | 910.00 |
| Account No. | | | | | 2006 Purchase Money Security | | | | |
| Creditor #: 4 Aaron Rental, Inc. Attn: Officer for Receipt of Process 1015 Cobb Place Blvd. Kennesaw, GA 30144 | | - | | | | | | | 1,076.00 |

   **12**   continuation sheets attached

Subtotal
(Total of this page)     **2,684.56**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com               S/N:25620-120420   Best Case Bankruptcy

In re __Keta N. Bynum__ ,
               Debtor

Case No. __12-51552-PJS__

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Creditor #: 5 <br> **Allied Waste Services** <br> **Attn: Officer for receipt of Process** <br> **1633 Highwood West** <br> **Pontiac, MI 48340** | - | | **2008** <br> **waste services** | | | | 400.00 |
| Account No. <br> Creditor #: 6 <br> **Allstate Insurance** <br> **Attn: Officer for receipt of Process** <br> **75 Executive Parkway** <br> **Hudson, OH 44237** | - | | **earned insurance premium** | | | | 600.00 |
| Account No. <br> Creditor #: 7 <br> **American Servicing Group** <br> **Attn: Officer for receipt of Process** <br> **PO Box 9074** <br> **Dallas, TX 75209** | - | | **2006** <br> **deficiency balance mortgage** | | | | 56,348.00 |
| Account No. <br> Creditor #: 8 <br> **Anytime Fitness** <br> **Attn: Officer for receipt of Process** <br> **c/o ABC Financial** <br> **PO Box 6800** <br> **North Little Rock, AR 72124** | - | | **2010** <br> **Health Spa Membership** | | | | 1,000.00 |
| Account No. <br> Creditor #: 9 <br> **Asset Acceptance** <br> **Attn: Officer for receipt of Process** <br> **PO Box 2036** <br> **Warren, MI 48090** | - | | **2007** <br> **Judgment** | | | | 1,297.00 |

Sheet no. __1__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     59,645.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

In re __Keta N. Bynum__ , Case No. __12-51552-PJS__
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2007 Collections | | | | |
| Creditor #: 10 AT&T Attn: Officer for receipt of Process c/o IC Systems, Inc. PO Box 64378 Saint Paul, MN 55164 | | - | | | | | | 664.53 |
| Account No. | | | | 2004 Cable Service | | | | |
| Creditor #: 11 Bright House Attn: Officer for receipt of Process PO Box 3305 Livonia, MI 48151 | | - | | | | | | 657.00 |
| Account No. | | | | 2008 Utility Service | | | | |
| Creditor #: 12 Cavalier Telephone Attn: Officer for receipt of Process 3300 Northpace Blvd Pensacola, FL 32505 | | - | | | | | | 600.00 |
| Account No. | | | | 2007 Collections | | | | |
| Creditor #: 13 CBS Attn: Officer for receipt of Process 13422 Fort Street Southgate, MI 48195 | | - | | | | | | 152.00 |
| Account No. 6877 | | | | 2010 Collections | | | | |
| Creditor #: 14 CBS, Inc. Attn: Officer for receipt of Process 13422 Fort St. Southgate, MI 48195 | | - | | | | | | 2,587.93 |

Sheet no. __2__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,661.46

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Keta N. Bynum__ ,     Case No. __12-51552-PJS__
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4039** <br><br> **Creditor #: 15** <br> **CBS, Inc.** <br> **Attn: Officer for receipt of Process** <br> **13422 Fort St.** <br> **Southgate, MI 48195** | - | | **2010** <br> **Collections** | | | | **1,889.23** |
| Account No. <br><br> **Creditor #: 16** <br> **Charter One Bank** <br> **Attn: Officer for receipt of Process** <br> **1 Citizens Drive** <br> **Riverside, RI 02915** | - | | **2008** <br> **Collections** | | | | **800.00** |
| Account No. **2789** <br><br> **Creditor #: 17** <br> **Comcast** <br> **Attn: Officer for receipt of Process** <br> **P.O. Box 3005** <br> **Southeastern, PA 19398** | - | | **2009/2010/2011** <br> **Cable Service** | | | | **5,458.00** |
| Account No. **06102187191027** <br><br> **Creditor #: 18** <br> **Comcast** <br> **Attn: Officer for receipt of Process** <br> **P.O. Box 3005** <br> **Southeastern, PA 19398** | - | | **2012** <br> **Cable Service** | | | | **204.62** |
| Account No. **762** <br><br> **Creditor #: 19** <br> **Consumers Energy** <br> **Attn: Officer for receipt of Process** <br> **P.O. Box 30079** <br> **Lansing, MI 48937** | - | | **2010** <br> **Utility Service** | | | | **905.00** |

Sheet no. __3__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    (Total of this page)    **9,256.85**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

In re    **Keta N. Bynum**                       ,    Case No.    **12-51552-PJS**

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0544** <br><br> **Creditor #: 20** <br> **Credit Management** <br> **Attn: Officer for receipt of Process** <br> **PO Box 1118288** <br> **Carrollton, TX 75011** | | - | **2010** <br> **Collections** | | | | **360.00** |
| Account No. <br><br> **Creditor #: 21** <br> **Dealer Enterprise Group** <br> **Attn: Officer for receipt of Process** <br> **27771 Ford Road** <br> **Garden City, MI 48135** | X | - | **5/1/2012 - 5/1/2018** <br> **Vehicle Lease** | | | | **17,172.00** |
| Account No. **2936** <br><br> **Creditor #: 22** <br> **Dish Network** <br> **Attn: Officer for receipt of Process** <br> **Dept 0063** <br> **Palatine, IL 60055-0063** | | - | **2010** <br> **Cable Service** | | | | **265.00** |
| Account No. **2617** <br><br> **Creditor #: 23** <br> **Downriver Heart and Vascular** <br> **Attn: Officer for receipt of Process** <br> **13460 Fort St.** <br> **Southgate, MI 48195** | | - | **2010** <br> **Medical Bill** | | | | **15.00** |
| Account No. **6290** <br><br> **Creditor #: 24** <br> **Downriver Neurology** <br> **Attn: Officer for receipt of Process** <br> **1650 Fort St.** <br> **Ste. C** <br> **Trenton, MI 48183** | | - | **2010** <br> **Medical Bill** | | | | **308.00** |

Sheet no. __4__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                    Subtotal    (Total of this page)    **18,120.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

In re __Keta N. Bynum_____,     Case No. ___12-51552-PJS___

                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2998** | | | **2010**  **Medical Bill** | | | | |
| **Creditor #: 25**  **Drs. Harris Birkhill Wang Songe**  **Attn:  Officer for receipt of Process**  **P.O. Box 2802**  **Dearborn, MI 48123** | | - | | | | | 115.00 |
| Account No. **0014** | | | **2011**  **Utility Service** | | | | |
| **Creditor #: 26**  **DTE Energy**  **Attn: Officer for Receipt of Process**  **One Energy Plaza**  **2160 WCB**  **Detroit, MI 48260-0001** | | - | | | | | 1,100.00 |
| Account No. **561384100013** | | | **2006**  **Utility Service** | | | | |
| **Creditor #: 27**  **DTE Energy**  **Attn:  Officer for receipt of Process**  **3200 Hobson**  **Noble Basement**  **Detroit, MI 48201** | | - | | | | | 4,091.67 |
| Account No. **2460** | | | **2000**  **Utility Service** | | | | |
| **Creditor #: 28**  **DTE Energy**  **Attn:  Officer for receipt of Process**  **3200 Hobson**  **Noble Basement**  **Detroit, MI 48201** | | - | | | | | 2,366.00 |
| Account No. **327724900078** | | | **2012**  **Utility Service** | | | | |
| **Creditor #: 29**  **DTE Energy**  **Attn: Officer for Receipt of Process**  **One Energy Plaza**  **2160 WCB**  **Detroit, MI 48260-0001** | | - | | | | | 1,226.47 |

Sheet no. __5___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,899.14

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                Best Case Bankruptcy

In re __Keta N. Bynum__ , Case No. __12-51552-PJS__
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. *604885600030* | | | | | *2012* | | | | |
| Creditor #: 30 **DTE Energy** **Attn: Officer for Receipt of Process** **One Energy Plaza** **2160 WCB** **Detroit, MI 48260-0001** | | - | | | *Utility Service* | | | | 1,056.23 |
| Account No. *0000* | | | | | *2009* | | | | |
| Creditor #: 31 **Environment** **Attn: Officer for receipt of Process** **PO Box 1348** **Beaufort, SC 29901** | | - | | | *Miscellaneous Purchases* | | | | 351.68 |
| Account No. *4369* | | | | | *04/08* | | | | |
| Creditor #: 32 **EPMG of Michigan** **Attn: Officer for receipt of Process** **PO Box 96115** **Oklahoma City, OK 73143** | | - | | | *Medical Bill* | | | | 208.00 |
| Account No. | | | | | *2005* | | | | |
| Creditor #: 33 **GMAC** **Attn: Officer for receipt of Process** **P.O. Box 5055** **Troy, MI 48007-9716** | | - | | | *deficiency balance* | | | | 17,194.00 |
| Account No. *9331* | | | | | *2005* | | | | |
| Creditor #: 34 **Guaranty Bank** **Attn: Officer for receipt of Process** **c/o Allied Interstate** **PO Box 361774** **Columbus, OH 43236** | | - | | | *Collections* | | | | 759.03 |

Sheet no. _6_ of _12_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 19,568.94

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                                 Best Case Bankruptcy

In re __Keta N. Bynum__ ,    Case No. __12-51552-PJS__
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2010 Student Loan | | | | |
| Creditor #: 35 Henry Ford Community College Attn: Officer for receipt of Process 5101 Evergreen Road Dearborn, MI 48128 | - | | | | | | | 1,000.00 |
| Account No. 2932 | | | | 2010 Medical Bill | | | | |
| Creditor #: 36 Henry Ford Health System Attn: Officer for receipt of Process PO Box 339 Troy, MI 48099 | - | | | | | | | 1,260.00 |
| Account No. | | | | 2009 Misc | | | | |
| Creditor #: 37 Huron Township Doris Smith, Treasurer 7951 Pioneer Drive Port Hope, MI 48468 | - | | | | | | | 606.00 |
| Account No. | | | | 2007 civil penalty | | | | |
| Creditor #: 38 Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | - | | | | | | | 3,257.01 |
| Account No. 1873 | | | | 2006 Mortgage deficiency | | | | |
| Creditor #: 39 Litton Mortgage Service Center Attn: Officer for receipt of Process 24 East Greenway Plz #712 Houston, TX 77046 | - | | | | | | | Unknown |

Sheet no. __7__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     6,123.01

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

In re __Keta N. Bynum_____,  Case No. ___12-51552-PJS_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1354** <br><br>**Creditor #: 40** <br>**Lowe's** <br>**Attn:  Officer for receipt of Process** <br>**PO Box 530914** <br>**Atlanta, GA 30353** | | - | **2008** <br>**Credit Card purchases** | | | | **2,032.43** |
| Account No. **6022** <br><br>**Creditor #: 41** <br>**Kirstopher Matthews** <br>**Internal Revenue Servcies** <br>**38275 West 12 Mile Rd.** <br>**Farmington, MI 48331** | | - | **2010** <br>**Miscellaneous** | | | | **3,377.50** |
| Account No. **9756** <br><br>**Creditor #: 42** <br>**Oakwood Southshore Medical Ctr** <br>**Attn:  Officer for receipt of Process** <br>**PO Box 3475, Cust:  OAK** <br>**Toledo, OH 43607** | | | **2010** <br>**Medical Bill** | | | | **3,776.50** |
| Account No. <br><br>**Creditor #: 43** <br>**Paychex, Inc.** <br>**Attn:  Officer for receipt of Process** <br>**PO Box 4482** <br>**Carol Stream, IL 60197** | | - | **2009** <br>**Personal Loan** | | | | **613.26** |
| Account No. **2236** <br><br>**Creditor #: 44** <br>**Professional Emerg. Care** <br>**Attn:  Officer for receipt of Process** <br>**Dept. 77974 P.O.Box 77000** <br>**Detroit, MI 48277-0974** | | - | **08/10** <br>**Medical Bill** | | | | **2,781.00** |

Sheet no. __8___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,580.69**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **Keta N. Bynum**,        Case No. **12-51552-PJS**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **5003**<br><br>**Creditor #: 45**<br>**Progressive**<br>**Attn: Officer for receipt of Process**<br>**P.O. Box 43258**<br>**Cleveland, OH 44143** | - | | | | **2010**<br>**earned insurance premium** | | | | **3,300.00** |
| Account No. **8002**<br><br>**Creditor #: 46**<br>**Romulus Athletic Center**<br>**Attn: Officer for receipt of Process**<br>**35765 Northline Rd.**<br>**Romulus, MI 48174** | - | | | | **2009**<br>**Health Spa Membership** | | | | **501.75** |
| Account No.<br><br>**Creditor #: 47**<br>**Sallie Mae BK**<br>**Attn: Officer for receipt of Process**<br>**P.O. Box 9500**<br>**Wilkes-Barre, PA 18773-9500** | - | | | | **2003**<br>**Student Loan** | | | | **20,000.00** |
| Account No. **5001**<br><br>**Creditor #: 48**<br>**Sam's Club/GECRG**<br>**Attn: Officer for receipt of Process**<br>**PO Box 530942**<br>**Atlanta, GA 30353** | - | | | | **2008**<br>**Credit card purchases** | | | | **1,684.20** |
| Account No. **787**<br><br>**Creditor #: 49**<br>**SBC**<br>**Attn: Officer for receipt of Process**<br>**c/o Allied Interstate**<br>**300 Corporate Exchange**<br>**Columbus, OH 43231** | - | | | | **2004**<br>**Utility Service** | | | | **75.00** |

Sheet no. __9__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **25,560.95**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com           Best Case Bankruptcy

In re __Keta N. Bynum__ _____, Case No. __12-51552-PJS__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2012 | | | | |
| Creditor #: 50 School Specialty Attn: Officer for receipt of Process PO Box 8030 Appleton, WI 54912 | | - | Miscellaneous Purchases | | | | 1,860.49 |
| Account No. 391 | | | 2005 | | | | |
| Creditor #: 51 Sinai-Grace Hospital Attn: Officer for receipt of Process Dept. 140501 PO Box 55000 Detroit, MI 48255 | | - | Medical Bill | | | | 65.00 |
| Account No. 8219 | | | 2006/2008 | | | | |
| Creditor #: 52 Sprint PCS Attn: Officer for receipt of Process PO Box 4191 Carol Stream, IL 60197 | | - | Cellular Telephone Service | | | | 944.11 |
| Account No. 450 | | | 2000 | | | | |
| Creditor #: 53 St. Mary Hospital Attn: Officer for receipt of Process 36475 W. Five Mile Rd Livonia, MI 48154 | | - | Medical Bill | | | | 52.00 |
| Account No. | | | 2008 | | | | |
| Creditor #: 54 Staples Personal Credit Card Attn: Officer for receipt of Process Processing Center Des Moines, IA 50364 | | - | Credit card purchases | | | | 857.03 |

Sheet no. __10__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,778.63

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re __Keta N. Bynum__ ,  Case No. __12-51552-PJS__

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8458** | | | **2006-2009** | | | | |
| **Creditor #: 55**<br>**State of Michigan**<br>**Family Independence Agy.**<br>**Cashiers Unit**<br>**P.O. Box 30037**<br>**Lansing, MI 48909** | | - | **Overpayment of Services for Child Daycare** | | | | **96,000.00** |
| Account No. | | | **2007** | | | | |
| **Creditor #: 56**<br>**T-Mobile**<br>**Attn: Officer for receipt of Process**<br>**PO Box 37380**<br>**Albuquerque, NM 87176** | | - | **Cellular Telephone Service** | | | | **2,614.00** |
| Account No. **2327** | | | **2007/2008** | | | | |
| **Creditor #: 57**<br>**UCB Collections**<br>**Attn: Officer for receipt of Process**<br>**5620 Southwyck Blvd.**<br>**Toledo, OH 43614-1539** | | - | **Collections** | | | | **884.00** |
| Account No. **0001** | | | **2007** | | | | |
| **Creditor #: 58**<br>**United Business Supply**<br>**Attn: Officer for receipt of Process**<br>**8600 Darb Ave.**<br>**Northridge, CA 91325** | | - | **Collections** | | | | **217.84** |
| Account No. | | | **2010** | | | | |
| **Creditor #: 59**<br>**United Telemanagement Corp.**<br>**Attn: Officer for receipt of Process**<br>**PO Box 145465**<br>**Cincinnati, OH 45271** | | - | **Utility Service** | | | | **27.97** |

Sheet no. __11__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**99,743.81**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com  Best Case Bankruptcy

In re __Keta N. Bynum__ , Case No. __12-51552-PJS__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. _____ Creditor #: 60 Wayne County Comm. College Downtown Campus 801 West Fort Street Detroit, MI 48226 | | - | | | Student loan | | | | 940.00 |
| Account No. __1036__ Creditor #: 61 Women's Health Center Attn:  Officer for receipt of Process c/o First Federal Credit Control 24700 Chagin, Ste. 205 Beachwood, OH 44122 | | - | | | 2009 Collections | | | | 188.00 |
| Account No. _____ | | | | | | | | | |
| Account No. _____ | | | | | | | | | |
| Account No. _____ | | | | | | | | | |

Sheet no. __12__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 1,128.00

Total
(Report on Summary of Schedules) | 271,751.04

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re   **Keta N. Bynum**                                      ,   Case No.   **12-51552-PJS**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Dealer Enterprise Group** <br> **Attn: Officer for receipt of Process** <br> **27771 Ford Road** <br> **Garden City, MI 48135** | **2007 Chrysler Sebring - Lessee** |
| **TEL-SIBB LLC** <br> **5940 Commerce Drive** <br> **Westland, MI 48185** | **Month to month lease on business premises located at 18708 Telegraph Rd., Brownstown, MI 48174 - Debtor shall assume contract.** |

*0*

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com             Best Case Bankruptcy

In re  **Keta N. Bynum**                                                                     ,    Case No.   **12-51552-PJS**
_____
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Maurice Bynum**<br>**20321 Inkster**<br>**Romulus, MI 48174** | **Dealer Enterprise Group**<br>**Attn:  Officer for receipt of Process**<br>**27771 Ford Road**<br>**Garden City, MI 48135** |

*0*
continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                                                    Best Case Bankruptcy

In re    Keta N. Bynum                                                          Case No.    12-51552-PJS
                                  Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Separated | RELATIONSHIP(S):<br>Daughter<br>Daughter<br>Daughter | AGE(S):<br>2<br>7<br>8 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Self Employed | |
| Name of Employer | Sunrise 2 Sunset Daycare | |
| How long employed | since 2006 | |
| Address of Employer | 18708 Telegraph Road<br>#C5<br>Romulus, MI 48174 | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | 0.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 0.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a.  Payroll taxes and social security | $ | 0.00 | $ | N/A |
|    b.  Insurance | $ | 0.00 | $ | N/A |
|    c.  Union dues | $ | 0.00 | $ | N/A |
|    d.  Other (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 22,663.16 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 784.00 | $ | N/A |
| 11. Social security or government assistance<br>(Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income<br>(Specify): Help from Separated Spouse | $ | 500.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 23,947.16 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 23,947.16 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | 23,947.16 |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re  Keta N. Bynum                                    Case No.  12-51552-PJS
                     Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,600.00 |
| a. Are real estate taxes included?          Yes ___          No  X | | |
| b. Is property insurance included?          Yes ___          No  X | | |
| 2. Utilities:     a. Electricity and heating fuel | $ | 300.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 30.00 |
| d. Other  Cable TV & Internet | $ | 108.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 37.30 |
| 4. Food | $ | 625.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 120.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 74.00 |
| b. Life | $ | 100.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 277.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 477.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 17,225.00 |
| 17. Other  Personal Grooming | $ | 100.00 |
| Other | $ | 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,          $          21,573.30
if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 23,947.16 |
| b.   Average monthly expenses from Line 18 above | $ | 21,573.30 |
| c.   Monthly net income (a. minus b.) | $ | 2,373.86 |

# United States Bankruptcy Court
## Eastern District of Michigan

In re  Keta N. Bynum

Debtor(s)

Case No.  12-51552-PJS

Chapter  13

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __29__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  May 14, 2012

Signature:  /s/ Keta N. Bynum

Debtor

Date

Signature:

(Joint Debtor, if any)

[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X

Signature of Bankruptcy Petition Preparer

Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the ____ [corporation or partnership] named as a debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date

Signature:

[Print or type name of individual signing on behalf of debtor]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Michigan

In re __Keta N. Bynum__                                           Case No. __12-51552-PJS__
                                    Debtor(s)          Chapter __13__

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $77,890.04 | 4/30/2012 YTD: Debtor Business Income gross receipts |
| $30,000.00 | 2011: Debtor Business Income approx |
| $15,045.00 | 2010: Debtor Business Income |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

---

### 3. Payments to creditors

**None** ■ *Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None** ■     b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

**None** ■     c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None** ■     a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

**None** ■     b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Santander Consumer USA Inc. Attn: Officer for receipt of Process 8585 N. Stemmons Fwy. Ste. 1100-N Dallas, TX 75247 | 2/2011 | 2003 Ford F150 with 115,498 miles VIN = 1FDNE31LX3HB71504 vehicle returned upon payment of $1,800.00 by debtor. |

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Holy Faith Church Detroit, MI | Debtor's House of Worship | Monthly | $1,800.00 est Tithes/Offerings |
| Triumph Church Detroit, MI | Debtor's House of Worship | Monthly | $1,000.00 est Tithes/Offerings |
| Six Anonymous Families | None | December 2011/Christmas | $6,000.00 est |

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Charles J. Schneider, P.C.<br>39319 Plymouth Rd.<br>Suite 1<br>Livonia, MI 48150-1059 | 5/4/2012 | $1,000.00 |
| Greenpath Debt Solutions<br>36500 Corporate Drive<br>Farmington, MI 48331 | 5/7/2012 | $50.00 |
| William R. Orlow<br>24100 Woodward Ave<br>Pleasant Ridge, MI 48069 | 3/17/2011 | $3,000.00 |
| InCharge Education Foundation, Inc.<br>2101 Park Center Drive<br>Suite 310<br>Orlando, FL 32835 | 3/18/2011 | $30.00 |

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| Daughter<br>20321 Inkster<br>Romulus, MI 48174 | Educational IRA $1,800.00 | Community Focus Federal CU |
| Daughter<br>20321 Inkster<br>Romulus, MI 48174 | Educational IRA $1,800.00 | Community Focus CU |

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Sunrise 2 Sunset | 20-3786022 | 18708 Telegraph Brownstown, MI | Daycare | 11/09- Present |
| Baby Adventure Center | 20-4580630 | 18708 Telegraph Brownstown, MI | Daycare | 5/08-Present |
| Dawn to Dusk | unknown | 20151 Telegraph Brownstown, MI | Daycare | 1/06-6/06 |
| Just Watch Them Blossom Child Care | 20-5263035 | 14799 Dix-Toledo Rd. Southgate, MI 48195 | Daycare | Created 10/1/06 - never operated |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Fatima Fields<br>Jackson Hewitt<br>Livonia, MI 48150 | 2001 - present |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| State of Michigan | Department of Human Services<br>Cashiers Unit<br>PO Box 30037<br>Lansing, MI 48909 | various audits of daycare billing on a<br>periodic basis since 11/2006 |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Debtor's Possession Only<br>2006-2008 destroyed in sewage back-up | |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

---

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

### 24. Tax Consolidation Group.

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

---

### 25. Pension Funds.

None ■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

---

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   May 14, 2012                     Signature   /s/ Keta N. Bynum
                                                        Keta N. Bynum
                                                         Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

Address
X _____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*
*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*